Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendants Samuel Bond LLC, Bearden Insurance Group, Inc., and Kimenker Agency, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL POTTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BOND LLC, BEARDEN INSURANCE GROUP INC., AND KIMENKER AGENCY INC.,<br><br>Defendants. | CASE NO.  2:23-cv-00075-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(Second Request) |

The current deadline for Defendants Samuel Bond LLC, Bearden Insurance Group, Inc., and Kimenker Agency, Inc. ("Defendants") to respond to Plaintiff Crystal Potter's complaint is March 20, 2023.  *See* ECF No. 17.  Defendants have requested, and Plaintiff has agreed, that Defendants shall have up to and including April 10, 2023, to respond to Plaintiff's complaint, to provide time for Defendants to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against Defendants.

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

DMFIRM #407071345 v1

Dated: March 16, 2023

| BALLARD SPAHR LLP | KEOGH LAW LTD |
|---|---|
| By: /s/ Joel E. Tasca | By: /s/ Timothy J. Sostrin |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendants Samuel Bond LLC, Bearden Insurance Group, Inc., and Kimenker Agency Inc.* | Timothy J. Sostrin, Esq.<br>*Admitted Pro Hac Vice*<br>55 W. Monroe St., Ste 3390<br>Chicago, Illinois 60603<br><br>PARONICH LAW, P.C.<br>Anthony I. Paronich<br>*Admitted Pro Hac Vice*<br>350 Lincoln St., Ste 2400<br>Hingham, Massachusetts 02043<br><br>JEFFREY A. COGAN ESQ LTD<br>Jeffrey A. Cogan<br>Nevada Bar No. 4569<br>1057 Whitney Ranch Drive, Suite 350<br>Henderson, Nevada 89014<br><br>*Attorneys for Plaintiff Crystal Potter* |

## ORDER

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 17, 2023