Timothy J. Sostrin
*Pro Hac Vice*
KEOGH LAW, LTD.
55 W. Monroe St., Ste. 3390
Chicago, IL 60625
Telephone (312) 726-1092
Facsimile (312) 726-1093
Email: tsostrin@keoghlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL POTTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BOND LLC, BEARDEN INSURANCE GROUP INC., and KIMENKER AGENCY INC.<br><br>Defendant. | No. 2:23-cv-00075<br><br>**Notice of Dismissal Without Prejudice** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of March, 2023.

By: <u>Timothy J. Sostrin</u>
Timothy J. Sostrin *(Pro Hac Vice)*
Keith J. Keogh *(Pro Hac Vice)*
KEOGH LAW, LTD.
55 W. Monroe St., Ste. 3390
Chicago, IL 60625
Telephone (312) 726-1092
Facsimile (312) 726-1093

NOTICE OF DISMISSAL WITHOUT PREJUDICE - 1

Email: tsostrin@keoghlaw.com

Anthony Paronich *(Pro Hac Vice)*
PARONICH LAW, P.C.
350 Lincoln St., Ste. 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com

*Attorneys for Plaintiff*

NOTICE OF DISMISSAL WITHOUT PREJUDICE - 2